Maria GUADALUPE–CRUZ; Patricia Flores, a.k.a. Patricia Flores–Cruz; Maria Guadalupe–Flores, Petitioners,

v.

IMMIGRATION AND NATURALIZATION SERVICE, Respondent.

No. 99–70754.

United States Court of Appeals, Ninth Circuit.

March 15, 2001.

Argued and Submitted Nov. 2, 2000.

Opinion Filed Feb. 27, 2001.

Corrected March 15, 2001.

Andrew Michael Knapp, Law Offices of Andrew Knapp, Anaheim, California, for the petitioners.

David M. McConnell, Assistant Director, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for the respondent.

Before: BETTY B. FLETCHER, DIARMUID F. O'SCANNLAIN, and RONALD M. GOULD, Circuit Judges.

## ORDER

Due to clerical error, this court's opinion, filed February 27, 2001, is corrected as follows:

1. The first sentence of the opinion (on page 2485 of the slip) [240 F.3d at 1210] reads:

Maria Guadalupe–Cruz and her daughters Patricia Flores–Cruz and Maria Guadalupe Flores–Cruz (collectively "Petitioners") appeal their final order of

deportation entered by the Board of Immigration Appeals ("BIA") on June 7, 1999.

The foregoing sentence should be replaced with the following sentence:

Maria Guadalupe–Cruz and her daughters Patricia Flores–Cruz and Maria Guadalupe Flores–Cruz (collectively "Petitioners") petition for review of their final order of deportation entered by the Board of Immigration Appeals ("BIA") on June 7, 1999.

2. The fifth sentence of the opinion (on page 2486 of the slip) [240 F.3d at 1210] reads:

We agree, and reverse and remand to the BIA.

The foregoing sentence should be replaced with the following sentence:

We agree, and grant the petition and remand to the BIA.

3. The first sentence in the tenth paragraph of the opinion (on page 2490 of the slip) [240 F.3d at 1212] reads:

We reverse and remand to the BIA with instructions to remand to the IJ.

The foregoing sentence should be replaced with the following sentence:

We grant the petition and remand to the BIA with instructions to remand to the IJ.

4. The final line of the opinion (on page 2490 of the slip) [240 F.3d at 1212] reads:

REVERSED and REMANDED. This should be changed to read: PETITION GRANTED, REVERSED and REMANDED.

It is so ORDERED.